# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ, | CV F   05 1441 AWI LJO P |
| Plaintiff, | |
| v. | ORDER DENYING REQUEST FOR SERVICE BY US MARSHAL (Doc. 4.) |
| SOLARIO, et. al., | ORDER DIRECTING CLERK OF COURT TO RETURN DOCUMENTS TO PLAINTIFF |
| Defendants. / | |

    Louis Richard Fresquez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    Plaintiff filed the instant action on November 15, 2005, along with an Application to Proceed in Forma Pauperis.  On December 13, 2005,  Plaintiff filed a Request for service by the U.S. Marshal.  Plaintiff apparently attempted to serve the named Defendants with a copy of the Complaint filed on November 15, 2005, however, prison officials would not accept the service.

    The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  Once the Complaint is screened and the Court has made a determination that it states cognizable claims for relief, the Court will, sua sponte, order service on Plaintiff's behalf.  However, until

such time as that determination is made, any request for service or attempt to serve by Plaintiff is premature.  Accordingly, the Court HEREBY ORDERS:

      1.      The Request for Service by the U.S. Marshal is DENIED;

      2.      The Clerk of Court is DIRECTED to return the lodged copy of Plaintiff's Complaint filed on November 15, 2005, to Plaintiff.

IT IS SO ORDERED.

**Dated:   December 19, 2005**                          **/s/ Lawrence J. O'Neill**
b9ed48                                                  UNITED STATES MAGISTRATE JUDGE