UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ,<br><br>       Plaintiff,<br><br>vs.<br><br>SOLARIO, et al.,<br><br>       Defendants.<br>_____/ | 1:05-cv-01441-AWI-GSA-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 18)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Louis Richard Fresquez ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On November 2, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On December 5, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

1

de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. In the objections, plaintiff contends that the Court should not have screened his complaint because his complaint was brought pursuant to the Americans With Disabilities Act, and the Court's screening abilities only applies to civil rights actions. Title 28 U.S.C. 1915A(a) provides as follows:

> The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.

28 U.S.C. § 1915A(a). Because Section 1915A clearly required the Court to screen the complaint, the Court does not find that the Magistrate Judge was incorrect to screen the complaint and order plaintiff to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 2, 2007, are ADOPTED IN FULL;
2. This action is DISMISSED based on plaintiff's failure to obey the court's orders of January 18, 2007 and March 22, 2007, and for failure to state a claim upon which relief can be granted.

IT IS SO ORDERED.

Dated:   January 4, 2008          /s/ Anthony W. Ishii
                                  UNITED STATES DISTRICT JUDGE

2